# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2010

141295

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JASON ROBERT SPICER,
      Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141295
COA: 281173
Wayne CC: 06-009064-01

_____/

      On order of the Court, the application for leave to appeal the March 16, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2010

_____
Clerk